**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CARRIE BRANDON**                                                                       **PLAINTIFF**

**VS.**                                      **CAUSE NO.: 4:21-cv-00107-DMB-JMV**

**KENAN TRANSPORT, LLC**                                       **DEFENDANT**

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby stipulated by and between counsel for Plaintiff Carrie Brandon, and counsel for Defendant Kenan Transport, LLC, that all claims asserted by Plaintiff in the above-styled action be dismissed with prejudice upon voluntary dismissal with prejudice of all claims asserted against Defendant Kenan Transport, LLC. Each party agrees to bear its own attorneys' fees, costs and expenses in connection with the dismissal herein.

Respectfully submitted, this the 26th day of April, 2022.

**CARRIE BRANDON**

By: /s/*Nicholas Puckett*
    Nicholas Puckett (MS Bar # 105599)
    Morgan & Morgan, PLLC
    4450 Old Canton Road, Suite 200
    Jackson, MS 39211
    npuckett@forthepeople.com
    *Attorneys for Plaintiff Carrie Brandon*

**KENAN TRANSPORT , LLC**

BY: */s/Keishunna R. Webster*
    Keishunna R. Webster (MS Bar # 102498)
    Butler Snow LLP
    1020 Highland Colony Parkway,
    Suite 1400
    Ridgeland, MS 39157
    (601)985-4555
    (601)985-4500
    keishunna.webster@butlersnow.com
    *Attorney for Kenan Transport, LLC*